No. 48117.—Protests 969974–G, etc., of Quon & Quon Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the merchandise in question consists of boxes, napkin rings, salt and pepper shakers, vases, cups, bowls, jars, letter openers, candy boxes, rulers, stamp boxes, trays, sets of seven pieces, snuff bottles, etc. Following Abstract 45722 the claim at 40 percent under paragraph 339 was sustained as to those items.